758 A.2d 1178

**Raymond WOLFGANG, Petitioner,**

v.

**CITY OF PITTSBURGH, DEPARTMENT OF PERSONNEL AND CIVIL SERVICE COMMISSION, Respondent.**

Supreme Court of Pennsylvania.

Oct. 3, 2000.

*ORDER*

PER CURIAM.

AND NOW, this 3 rd day of October, 2000, we **GRANT** the Petition for Allowance of Appeal, and we **REVERSE** the Order of the Commonwealth Court of June 20, 1996 and **REMAND** to the trial court for proceedings consistent with our decision in *Sadowski v. City of Pittsburgh,* 559 Pa. 387, 741 A.2d 180 (1999).